JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-0147 JLR |
| Plaintiff, | ) ) ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | ) ) | |
| JAMES WILLIAMS, | ) ) | |
| Defendant. | ) ) ) | |

THE COURT, having considered the stipulated motion of the parties for a continuance of the trial date and the pretrial motions date, finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

The Court further finds that the period of time from the current trial date of July 11, 2006 until the new trial date of August 29, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS THEREFORE ORDERED that the trial date in this matter is continued until

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(USA v. James Williams; CR06-0147JLR)                1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

August 29, 2006 and that pretrial motions shall be filed no later than July 6, 2006.

DONE this 30th day of May, 2006.

_____
JAMES L. ROBART
United States District Judge

Presented by:

s/  Peter J. Avenia
WSBA # 20794
Attorney for James Williams
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA   98101
(206) 553-1100
Fax No.: (206) 553-0120
Peter_Avenia@fd.org


s/ Jill Otake
Assistant United States Attorney
*Per telephonic authorization*

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PTM DEADLINE
(USA v. James Williams; CR06-0147JLR)

2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**